No. 92–1512. MONROE AUTO EQUIPMENT CO. *v.* INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW), MONROE AUTO EQUIPMENT COMPANY UNIT OF LOCAL 878. C. A. 6th Cir. Motion of Equal Employment Advisory Council for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 92–1544. PACIFIC LEGAL FOUNDATION *v.* KAYFETZ ET AL. C. A. 9th Cir. Motions of Mountain States Legal Foundation, New England Legal Foundation et al., American Farm Bureau Federation, and NAACP Legal Defense and Educational Fund, Inc., et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 92–6732. THOMAS *v.* REAGAN ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE WHITE would grant the petition, vacate the judgment, and remand the case for further consideration in light of *Leatherman* v. *Tarrant County Narcotics Intelligence and Coordination Unit,* 507 U. S. 163 (1993).

No. 92–6874. JONES *v.* STEPHENS, UNITED STATES ATTORNEY, DISTRICT OF COLUMBIA, ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE WHITE would grant the petition, vacate the judgment, and remand the case for further consideration in light of *Leatherman* v. *Tarrant County Narcotics Intelligence and Coordination Unit,* 507 U. S. 163 (1993).